**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Coty Travis Waters, | No. CV-20-00125-TUC-DCB |
| Plaintiff, | **ORDER** |
| v. | |
| J. Rhynard, et al., | |
| Defendants. | |

On August 10, 2020, the Defendants filed a Motion to Extend the Time to Answer (Doc. 19) the First Amended Complaint. Plaintiff had filed a Motion to File a First Amended Complaint on July 2, 2020 (Doc. 17). The Court has not granted the motion and, therefore, there is no reason for the Defendants to answer the First Amended Complaint. The Answer to the Complaint was, however, due on August 11, 2020. Fed. R. Civ. P. 12(a) (60 days for United States and its agencies to answer). It does, however, make sense to delay the Answer until the Court determines whether to grant leave to amend the Complaint. The Court has reviewed the proposed amendment and finds that it is not compliant with the Local Rules of Practice for the United States District Court, District of Arizona (Local Rules), Rule 15.1, as follows:

> **(a) Amendment by Motion.** A party who moves for leave to amend a pleading must attach a copy of the proposed amended pleading as an exhibit to the motion, which must indicate in what respect it differs from the pleading which it amends, by bracketing or striking through the text to be deleted and underlining the text to be added. The proposed amended

<u>pleading must not incorporate by reference any part of the preceding pleading, including exhibits.</u> If a motion for leave to amend is granted, the party whose pleading was amended must file and serve the amended pleading on all parties under Rule 5 of the Federal Rules of Civil Procedure within fourteen (14) days of the filing of the order granting leave to amend, unless the Court orders otherwise.

**(b) Amendment as a Matter of Course or by Consent**. If a party files an amended pleading as a matter of course or with the opposing party's written consent, the amending party must file a separate notice of filing the amended pleading. The notice must attach a copy of the amended pleading that indicates in what respect it differs from the pleading which it amends, by bracketing or striking through the text that was deleted and underlining the text that was added. The amended pleading must not incorporate by reference any part of the preceding pleading, including exhibits. If an amended pleading is filed with the opposing party's written consent, the notice must so certify.

Local Rule 15.1 (emphasis added). The Court denies the Motion to File an Amended Complaint. The Defendants shall answer the Complaint.

**Accordingly,**

**IT IS ORDERED** that the Motion to File an Amended Complaint (Doc. 17) is DENIED, without prejudice.

**IT IS FURTHER ORDERED** that the Motion for Extension of Time to File an Answer (Doc. 19) shall be granted for the Defendants to Answer the Complaint within 21 days of the filing date of this Order.

Dated this 17th day of August, 2020.

David C. Bury
United States District Judge