**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Coty Travis Waters, | No. CV-20-00125-TUC-DCB |
| Plaintiff, | **ORDER** |
| v. | |
| J. Rhynard, et al., | |
| Defendants. | |

Defendants have moved to file a pre-answer Motion for Summary Judgment as to Exhaustion. The Court has instead ordered the Defendant to answer or otherwise respond to the Complaint. (Order (Doc. 13)). Subsequently, the Defendant shall be afforded an opportunity to file a Motion for Summary Judgment related to the issue of exhaustion prior to completing discovery. *See Albino v. Baca*, 747 F.3d 1162, 1171 (9th Cir. 2014) (comparing and contrasting unenumerated 12b motions and summary judgment disposition of exhaustion question and directing courts to dispose of exhaustion issues by summary judgment, with court resolving related questions of fact early in litigation).

IT IS ORDERED that the Motion for Leave to File a Motion for Summary Judgment (Doc. 22) is DENIED.

Dated this 11th day of September, 2020.

David C. Bury
United States District Judge